

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAUREEN MELISSA BYAM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THEODORE SWAN, et al. | : | NO. 14-3977 |

FILED
JUL 1 5 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**ORDER**

AND NOW, this 15 day of July, 2014, upon consideration of plaintiff's amended complaint (Document No. 4), it is ORDERED that:

1. The amended complaint is DISMISSED with prejudice for the reasons discussed in the Court's memorandum.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.

ENTERED
JUL 1 6 2014
CLERK OF COURT

XC:Legal